Magistrate Judge Tsuchida

FILED LODGED ENTERED RECEIVED
APR 09 2013
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DEREK STEBNER,<br><br>Defendant. | NO. MJ13-186<br><br>COMPLAINT FOR VIOLATION<br><br>Title 18, United States Code,<br>Section 111(a)(1) |

BEFORE, Brian A. Tsuchida, United States Magistrate Judge, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

(Assaulting and Intimidating a Federal Employee)

On or about April 8, 2013, at Seattle, Washington, within the Western District of Washington, DEREK STEBNER, did forcibly assault, oppose, impede, intimidate, and interfere with an employee of the United States, specifically, a United States Trustee,

*United States v. Derek Stebner*
COMPLAINT - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

while the Trustee was engaged in and on account of the performance of the Trustee's official duties.

The Complainant further alleges that such acts involved physical contact with the Trustee.

All in violation of Title 18, United States Code, Section 111(a) (1).

1. I am a Senior Inspector with the United States Marshals Service (USMS) and am authorized to enforce the laws of the United States, and specifically, assaults and threats towards federal employees under Title 18, United States Code, Sections 111, 115, and 1114.

2. I have been employed with USMS since May 9th, 2006. In the course of my official duties, I have investigated cases involving threats against USMS protectees, i.e. Judges, United States Attorneys, their assistants and Federal Public Defenders. I have received specialized training from the Unites States Marshals Service in techniques of interviewing individuals who have made threats. I am a graduate of the Department of Homeland Security, Federal Law Enforcement Training Center's Criminal Investigator Training Program (CITP), the U.S. Marshals Basic Deputy United States Marshal Course (BDUSM) and the U.S. Marshal Protective Intelligence and Threat Program (PITP). I am also a retired law enforcement officer from the Lewiston, Idaho Police Department and am a graduate of the Idaho State Peace Officer's Standards and Training Academy. I served 12 years in Idaho as a sworn law enforcement officer. The information herein is based on my investigation.

*United States v. Derek Stebner*
COMPLAINT - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. On April 8, 2013, I was dispatched to the 7th floor of the United States Courthouse in Seattle due a report of a disturbance in Bankruptcy Court involving a bankruptcy litigant and a United States Bankruptcy Court Trustee. I met with USMS Judicial Security Inspector Jeff Mans who reported a possible assault incident involving a Bankruptcy Trustee and bankruptcy litigant, DEREK STEBNER.

4. Subsequently, I interviewed the Trustee, M.S., (hereinafter referred to as Trustee M.S.) who advised that he is the Bankruptcy Trustee in several of STEBNER's bankruptcy cases. As a Trustee for the United States Bankruptcy Court, M.S. is an employee of the United States and a USMS Protectee, per 28 United States Code 566 (e) (1) (A).

5. Trustee M.S. reported that he has received many threatening emails from STEBNER related to Trustee M.S.'s role as the assigned Bankruptcy Trustee. During the afternoon of April 8, 2013, STEBNER's case was in a proceeding before United States Bankruptcy Judge Marc Barecca. While in a recess, Trustee M.S. went to the men's restroom on the 7th floor and was inside a stall when STEBNER kicked open the door to the bathroom stall and the door struck Trustee M.S. STEBNER then stated to Trustee M.S., "You fat fucker, I'll get you," and other words which Trustee M.S. considered to be threatening and intimidating. Trustee M.S. acknowledged that he had been hit by the stall door when STEBNER kicked it in.

5. I examined the door to the stall as identified by Trustee M.S. I saw that it was scraped and the lock was dislodged and loose, consistent with being kicked or forced

*United States v. Derek Stebner*
COMPLAINT - 3

open. Based on this examination, I believe that STEBNER used sufficient force with his hands and/or feet to kick open the locked stall door, causing the door to have physical contact with Trustee M.S.

ARNOLD KNIGHT, Complainant
Senior Inspector, United States Marshals Service

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant DEREK STEBNER committed the offense set forth in the Complaint.

Dated this ___9___ day of April, 2013.

BRIAN A. TSUCHIDA
United States Magistrate Judge

*United States v. Derek Stebner*
COMPLAINT - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970