___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

APR 09 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEP

Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEREK STEBNER<br><br>Defendant. | NO. MJ13-186<br><br>GOVERNMENT'S MOTION FOR DETENTION |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. **Eligibility of Case.** This case is eligible for a detention order because this case involves a crime of violence (18 U.S.C. § 3156).

2. **Reason for Detention.** The Court should detain defendant because there are no conditions of release which will reasonably assure the defendant's appearance as required and the safety of any other person and the community.

3. **Time for Detention Hearing.** The United States requests the Court conduct the detention hearing after a continuance of 3 days.

//

//

MOTION FOR DETENTION- STEBNER - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  DATED this 9th day of April, 2013

                                       Respectfully submitted,
                                       JENNY A. DURKAN
                                       United States Attorney

                                       */s/ Ye-Ting Woo*
                                       YE-TING WOO
                                       Assistant United States Attorney